

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

<u>**VIA ECF AND FEDEX**</u>

January 3, 2017

David N. Cinotti

T 212.370.6279
F 212.307.5598
DNCinotti@Venable.com

Hon. William H. Pauley
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

> Re:  *In re: Topical Corticosteroid Antitrust Litigation*, Case No. 16-mc-7000
> *In re: Clobetasol Antitrust Litigation*, Case No. 16-mc-7229
> *In re: Desonide Antitrust Litigation*, Case No. 16-mc-7987
> *In re: Fluocinonide Antitrust Litigation*, Case No. 16-mc-8911

Dear Judge Pauley:

    Venable LLP represents Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc. ("Taro") in the actions referenced above.

    In the Master Case Order No. 1, dated December 22, 2016, the Court ordered Defendant Taro Pharmaceutical Industries Ltd. to "make an initial limited document production consisting of the September 8, 2016 subpoenas from the Department of Justice, Antitrust Division to Taro Pharmaceuticals Industries, Ltd. and its employees, together with any written responses and related communications between the Department of Justice and Taro Pharmaceuticals Industries, Ltd." by January 5, 2017.  Master Case Order No. 1 ¶ 22, No. 16-mc-7000, Dec. 22, 2016, ECF No. 1.  We write respectfully to request that the Court extend that deadline to January 12, 2017, in order to allow responsive documents to be gathered and the parties to evaluate confidentiality terms, which Taro will propose.  No party has previously requested an extension of this deadline.  Plaintiffs, by Plaintiffs' Interim Lead Counsel, consent to this extension.

    I thank the Court for its time and attention to this matter.

    Respectfully,

    s/ David N. Cinotti

    David N. Cinotti

CC (via ECF only):   All Counsel of Record