January 23, 2017

**Via ECF**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *In re: Topical Corticosteroid Antitrust Litigation*, 16-mc-7000
*In re: Clobetasol Antitrust Litigation*, 16-mc-7229
*In re: Desonide Antitrust Litigation*, 16-mc-7987
*In re: Fluocinonide Antitrust Litigation*, 16-mc-8911
*FWK Holdings, L.L.C. v. Fougera Pharmaceuticals, Inc., et al.*, 16-cv-9897
*FWK Holdings, L.L.C. v. Fougera Pharmaceuticals, Inc., et al.*, 16-cv-9898
*FWK Holdings, L.L.C. v. Fougera Pharmaceuticals, Inc., et al.*, 16-cv-9899
*Cesar Castillo, Inc. v. Fougera Pharmaceuticals, Inc., et al.*, 16-cv-9956
*Cesar Castillo, Inc. v. Fougera Pharmaceuticals, Inc., et al.*, 16-cv-10063
*Cesar Castillo, Inc. v. Actavis Holdco U.S., Inc., et al.*, 17-cv-250

Dear Judge Pauley:

Counsel for the parties in the above-listed actions jointly write to address the coordination and consolidation issues raised by direct purchaser Plaintiff FWK Holdings, L.L.C., in its letter dated January 17, 2017.

The parties agree that the direct purchaser claims for Clobetasol, Desonide, and Fluocinonide should be consolidated and coordinated, and propose that they be subject to a similar structure to that which currently governs the end payor claims under Master Case Order No. 1. The parties submit that the direct purchaser claims should be consolidated separately from the end payor claims. Accordingly, the parties respectfully request that Your Honor revise and amend the Order to specify, under the same master docket, three separately consolidated single-drug actions, one for Clobetasol, Desonide, and Fluocinonide, each of which consists of separately consolidated complaints for the end payor plaintiffs and for the direct purchaser plaintiffs. The parties have drafted such a revised Order and submit it, together with a redline, for Your Honor's consideration.

Respectfully submitted,

GIRARD GIBBS LLP

By: /s/ Daniel Charles Girard
Daniel Charles Girard
601 California Street, 14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com

*Interim Lead Counsel for End Payor Plaintiffs in 16-mc-7000, 16-mc-7229, 16-mc-7987, and 16-mc-8911*

NUSSBAUM LAW GROUP, P.C.

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Phone: (917) 438-9189
lnussbaum@nussbaumpc.com

JUAN R. RIVERA FONT LLC

Juan R. Rivera Font
Ave. González Giusti #27, Suite 602
Guaynabo, PR 00968
Phone: (787) 751-5290
juan@riverafont.com

*Attorneys for Cesar Castillo, Inc.*

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Robert N. Kaplan
Robert N. Kaplan
Richard J. Kilsheimer
Jeffrey P. Campisi
Joshua Saltzman
850 Third Avenue, 14th Floor
New York, NY 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
rkaplan@kaplanfox.com
rkilsheimer@kaplanfox.com
jcampisi@kaplanfox.com
jsaltzman@kaplanfox.com

HAGENS BERMAN SOBOL SHAPIRO LLP

Thomas M. Sobol
David S. Nalven
Lauren Guth Barnes
Kiersten Taylor
55 Cambridge Parkway, Suite 301
Cambridge, MA 0214 2
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
lauren@hbsslaw.com
kiersten@hbsslaw.com

VANEK, VICKERS & MASINI P.C.

Joseph M. Vanek
David P. Germaine
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Phone: (312) 224-1500
Fax: (312) 224-1510
Jvanek@vaneklaw.com
Dgermaine@vaneklaw.com

*Attorneys for FWK Holdings, L.L.C.*

| | |
|---|---|
| ARNOLD & PORTER<br>KAYE SCHOLER LLP<br><br>By: /s/ Laura S. Shores<br>Laura S. Shores<br>901 Fifteenth Street, NW<br>Washington, DC 20005<br>Tel.: (202) 682-3577<br>Fax: (202) 682-3580<br>laura.shores@kayescholer.com<br><br>*Attorneys for Fougera Pharmaceuticals Inc. and Sandoz Inc.* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: /s/ Scott A. Stempel<br>Scott A. Stempel<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Tel.: (202) 739-5211<br>Fax: (202) 739-3001<br>scott.stempel@morganlewis.com<br><br>*Attorneys for Perrigo Company PLC and Perrigo New York, Inc.* |
| KIRKLAND & ELLIS LLP<br><br>By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel.: (212) 446-4800<br>Fax: (212) 446-4900<br>jserino@kirkland.com<br><br>*Attorneys for Akorn, Inc. and Hi-Tech Pharmacal Co., Inc.* | VENABLE LLP<br><br>By: /s/ Lisa Jose Fales<br>Lisa Jose Fales<br>575 7th Street, NW<br>Washington, DC 20004<br>Tel.: (202) 344-4000<br>Fax: (202) 344-8300<br>ljfales@venable.com<br><br>*Attorneys for Taro Pharmaceuticals USA, Inc. and Taro Pharmaceutical Industries Ltd.* |
| KELLEY DRYE & WARREN LLP<br><br>By: /s/ Damon William Suden<br>Damon William Suden<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 808-7771<br>Fax: (212) 808-7897<br>dsuden@kelleydrye.com<br><br>*Attorneys for Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.* | GOODWIN PROCTER LLP<br><br>By: /s/ Christopher T. Holding<br>Christopher T. Holding<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: (617) 570-1679<br>Fax: (617) 523-1231<br>cholding@goodwinlaw.com<br><br>*Attorneys for Actavis Holdco U.S., Inc. and Teva Pharmaceuticals USA, Inc.* |